UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MONTIJO, JR. ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN HRDLICKA,<br><br>Defendants. | Case No. 1:20-cv-00125-DAD-EPG<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF NO. 2) |

Plaintiffs Alejandro Montijo, Jr. and Joseph Bannuelos, Jr. ("Plaintiffs") bring this suit against Defendant Steven Hrdlicka alleging causes of action under the Fair Debt Collection Practices Act and the California Business & Professions Code. (ECF No. 1.) Plaintiffs are represented by counsel.

On January 23, 2020 (ECF Nos. 3-4), Plaintiffs each filed a motion to proceed *in forma pauperis*. The Court has reviewed these applications and has determined that Plaintiffs have made the required showing pursuant to 28 U.S.C. § 1915(a). Accordingly, the requests to proceed *in forma pauperis* are GRANTED.

As to the status of the Complaint, Plaintiffs are advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of every pro se complaint to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant whom is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the

1

deficiencies in the complaint can be cured by amendment.

The complaint will be screened in due course and Plaintiffs will be served with the resulting order.

IT IS SO ORDERED.

Dated: **February 10, 2020**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE