# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MONTIJO, JR., and JOSEPH BANUELOS, JR.<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN R. HRDLICKA,<br><br>Defendant. | Case No. 1:20-cv-00125-DAD-EPG<br><br>SCREENING ORDER<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFFS<br><br>(ECF No. 1) |

Plaintiffs, Alejandro Montijo, Jr., and Joseph Banuelos, Jr., are proceeding *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiffs initiated this action on January 22, 2020, with the filing of a complaint (ECF No. 1.)

The Court has screened Plaintiffs' complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and finds that the complaint states a cognizable claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, and California Business & Professions Code § 17200. The Court also finds the complaint appropriate for service of process. Accordingly, it is HEREBY ORDERED that:

1. This case proceed on Plaintiffs' claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, and California Business & Professions Code § 17200.
2. Service is appropriate for the following defendant:
    a. **Steven R. Hrdlicka.**

2. The Clerk of Court shall SEND Plaintiffs one (1) USM-285 form; one (1) summons; a Notice of Submission of Documents form; an instruction sheet; and one (1) copy of the complaint filed on January 22, 2020 (ECF No. 1);

3. Within **thirty (30) days** from the date of service of this order, Plaintiffs shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. A completed summons for Steven R. Hrdlicka;

   b. A completed USM-285 form for Steven R. Hrdlicka; and

   c. Two (2) copies of the complaint filed on January 22, 2020 (ECF No. 1).

4. Plaintiffs need not attempt service on defendant Steven R. Hrdlicka and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshals Service to serve defendant Steven R. Hrdlicka pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Alternatively, Plaintiffs may serve defendant Steven R. Hrdlicka themselves. If Plaintiffs choose this option, they shall notify the Court within **thirty (30) days** that they will be serving defendant Steven R. Hrdlicka with the assistance of their counsel.

IT IS SO ORDERED.

Dated: **March 26, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE