## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ALEJANDRO MONTIJO, JR., ET AL.,**

CASE NO: **1:20–CV–00125–DAD–EPG**

v.

**STEVEN R. HRDLICKA,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/30/2021**

**Keith Holland**
Clerk of Court

ENTERED:  **August 30, 2021**

by: /s/ A. Jessen
Deputy Clerk